# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM L. WRIGHT III (INCOMPETENT PRO' SE LITIGANT), | : | No. 67 EM 2018 |
| | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL (SECRETARY OF CORRECTIONS), | : | |
| | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2018, the "*Pro Se* Interlocutory Appeal" is DENIED.